**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 25, 2013
Docket #: 13-3524cv
Short Title: Floyd v. City of New York

DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY) DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY) DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY)
DC Judge: Pitman
DC Judge: Scheindlin

## NOTICE OF DEFECTIVE FILING

On September 25, 2013 the FRAP 42 Stipulation was submitted in the above referenced case.
The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____  Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____  Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____  Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____  Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____  Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____  Improper proof of service *(FRAP 25)*
   _____  Missing proof of service
   _____  Served to an incorrect address
   _____  Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____  Failure to submit document in digital format *(Local Rule 25.1)*
\_\_**X**\_\_  **Not Text-Searchable** *(Local Rule 25.1, Interim Local Rules 25.2)*, **click here for instructions on how to make PDFs text searchable**
_____  Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____  Failure to file special appendix *(Local Rule 32.1)*
_____  Defective cover *(FRAP 32)*
   _____  Incorrect caption *(FRAP 32)*
   _____  Wrong color cover *(FRAP 32)*
   _____  Docket number font too small *(Local Rule 32.1)*
_____  Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____  Incorrect font *(FRAP 32)*

_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
_____ Other: _____


Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than September 27, 2013. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8612.