UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of September, two thousand and thirteen,

------------------------------------------------

DAVID FLOYD, ET AL.,

         Plaintiffs-Appellees,

v.

CITY OF NEW YORK, ET AL.,

         Defendants-Appellants.

------------------------------------------------

Docket Number: 13-3524

**STIPULATION**

       The undersigned counsel for the Patrolmen's Benevolent Association of the City of New York, Inc., the Detectives' Endowment Association, Inc., the NYPD Captains Endowment Association and the Lieutenants Benevolent Association of the City of New York, Inc. (the "Police Unions") and the parties stipulate that the above-captioned appeal is withdrawn with prejudice without costs or fees pursuant to FRAP 42(b).

       This stipulation shall not preclude an appeal by the Police Unions from an otherwise appealable order, and shall have no impact on the appeal filed by Appellant the City of New York in 13-3088(L).

Date:   September 24, 2013

*[signature]*
Steven A. Engel
James M. McGuire
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
steven.engel@dechert.com
*Attorneys For Police Unions*

Date:   September 24, 2013

*[signature]*
Celeste L. Koeleveld
New York City Law Department
Office of the Corporation Counsel
100 Church St.
New York, NY 10007
(212) 356-2300
ckoeleve@law.nyc.gov
*Attorneys For Defendants-Appellants*

Date:   September 24, 2013

*[signature]*
Darius Charney
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
dcharney@ccrjustice.org
*Attorneys For Plaintiffs-Appellees*